IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| NICHOLAS HUGHES, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 10-1162-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| FRESENIUS MEDICAL CARE NORTH AMERICA LIMITED PARTNERSHIP, a Delaware Limited Partnership, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    James B. Shikany
    13100 S.E. Sunnyside Road, Suite B
    Clackamas, OR 97015

     Attorney for Plaintiff

    Peter D. Hawkes
    LANE POWELL, PC
    601 S.W. Second Avenue, Suite 2100
    Portland, OR 97204

     Attorney for Defendant

JONES, Judge:

      Defendant's motion (#6) for summary judgment is granted. This action is dismissed without prejudice. Any pending motions are denied as moot.

      Dated this 8th day of March, 2011.

      /s/ Robert E. Jones
      ROBERT E. JONES
      U.S. District Judge

2 - ORDER